**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOBBIE BEAL, <br><br> Plaintiff, <br><br> v. <br><br> ERIC ARNOLD, Warden, et al., <br><br> Defendants. | Case No. CV 18-0189-JFW (JPR) <br><br><br> **J U D G M E N T** |

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: July 12, 2018

JOHN F. WALTER
U.S. DISTRICT JUDGE